### PEOPLE *v.* WEBSTER.

An indictment for a violation of the statute against the presuming to be "a seller of wine, brandy, rum, or *other spirituous liquors,*" &c. without being licensed as an innholder, (R. S. 1838, p. 203, § 1,*) charged the defendant with presuming to be a seller of *whiskey,* alleging it to be *spirituous liquor,* without such license:— *Held,* sufficient; and that the presuming to be a seller of *whiskey,* was forbidden by the statute, although that kind of spirituous liquor was not therein specifically mentioned.†

* Re-enacted by R. S. 1846, p. 184, § 1.   † Dwarris on Stat. 737, and East's P. C. 1075, *n. a.* were cited, on the argument of this case, to show the indictment bad.